UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LESKINEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA; et al.,<br><br>　　　　　Defendants. | No.  2:16-cv-1265 GEB AC (PS)<br><br><br>ORDER |

Plaintiff is proceeding in this case in pro per.  The proceeding has accordingly been referred to the magistrate by E.D. Cal. R. ("Local Rule") 302(c)(21).

Plaintiff has requested a 45-day extension of time to respond to the defendant's Motion To Dismiss, and a continuance of the Status (Pretrial Scheduling) Conference.  ECF No. 10.  Defendant does not oppose plaintiff's request.  ECF No. 11.

For good cause shown, IT IS HEREBY ORDERED that:

1. The hearing on the Motion To Dismiss (ECF No. 9), currently set for September 28, 2016, is CONTINUED to November 16, 2016 at 10:00 a.m.  The parties shall comply with the briefing schedule set forth at Local Rule 230.

////

////

1

2. The Status (Pretrial Scheduling) Conference, currently set for October 19, 2016, is CONTINUED to February 15, 2017 at 10:00 a.m.  The parties shall file status reports in accordance with the Order Setting Status Conference, ECF No. 4 ¶ 5.

DATED: September 7, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2