UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LESKINEN, | No. 2:16-cv-1265 GEB AC (PS) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| THE UNITED STATES OF AMERICA; et al., | |
| Defendants. | |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. 302(c)(21).

On November 17, 2016, the undersigned recommended that this action be dismissed with prejudice, and granted plaintiff 21 days to file objections. ECF No. 17. On November 28, 2016, plaintiff timely requested an additional 7-14 days to file objections because of difficulties she has had accessing the Sacramento Law Library. ECF No. 18.

For good cause shown, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 18), is GRANTED, and plaintiff shall have until December 22, 2016 to file her objections.

DATED: November 29, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE